FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 17 PM 12: 56

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>　　ANTHONY JOSEPH SILVA AND<br>　　TONIE BROOKE SILVA,<br><br>　　　　　　Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 10-22775 WTT<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL<br>CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned

bankruptcy estate, represents to the Court that:

1.    The Trustee has filed his Final Report and has prepared the final distribution

checks to creditors.

2.    The following creditors were to have received a 2.05% distribution on their

claims.  The distributions were less than $5.00; therefore, the Trustee is depositing the funds

into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 1 | CastleRock Security<br>2101 Arlington Heights Road, Ste. 150<br>Arlington Heights, IL 60005 | $2.96 |
| 2 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131-1605 | $3.38 |

3.    A check in the amount of $6.34 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _17_ day of June, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _17th_ day of June, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____

4832-8880-4873, v. 1

2